FILE COPY

No. 07-19-00258-CR

| | | |
|---|---|---|
| Brandon Edward Standerfer<br>    Appellant | § | From the 31st District Court<br>    of Wheeler County |
| | § | |
| v. | | August 27, 2020 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Chief Justice Quinn |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 27, 2020, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o